Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: marc.kalagian@rksslaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: MRobles@shookandstone.com

Attorneys for Plaintiff Deeanna Corrine Parks

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEEANNA CORRINE PARKS,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:26-cv-01829-EJY<br><br>STIPULATION TO EXTEND TIME OF TIME TO FILE PLAINTIFF'S BRIEF<br><br>(FIRST REQUEST) |

Plaintiff Deeanna Corrine Parks and Frank Bisignano, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this Court's approval, to extend the time from September 14, 2026 to October 29, 2026, for Plaintiff to file her brief with all other deadlines as per the Supplemental Rules

for Social Security Actions under 42 U.S.C. § 405(g) of the Federal Rules of Civil Procedure extended accordingly. This is Plaintiff's first request for an extension. Plaintiff's Counsel having several other motions due in a two-week period and an extension will allow additional time to properly address the issues within the 1,504 page administrative record.

DATE: September 9, 2026 Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Marc V. Kalagian*[1]

BY: ______________________
Marc V. Kalagian
Attorney for plaintiff Deeanna Corrine Parks

DATE: September 9, 2026 SIGAL CHATTAH
First Assistant United States Attorney

/s/ *Christopher Vieira*

BY: ______________________

Christopher Vieira
Special Assistant United States Attorney

IT IS SO ORDERED this 10th day of September, 2026.

______________________
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

[1] Counsel for the plaintiff attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.