TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
LINDSAY BEYER PAYNE (ILSBN 6289062)
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 312-596-1872
Lindsay.Payne@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DEEANNA PARKS,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Civil No. 2:26-CV-01829-EJY<br><br>STIPULATION TO REMAND |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Commissioner will further evaluate the severity of the claimant's impairments; further consider opinion evidence; offer the claimant the opportunity for a new hearing; obtain vocational evidence, further evaluate the ability to perform work at Step 5; take

further action to develop the administrative record, and issue a new decision.

DATED November 20, 2026

Respectfully submitted,

Dated: November 19, 2026

Law Offices of Lawrence D. Rohlfing, Inc. CPC

By: *s/Marc V. Kalagian*
Marc V. Kalagian
Attorney for Plaintiff
[As authorized by email November 18, 2026]

Dated: November 20, 2026

SIGAL CHATTAH
First Assistant United States Attorney

By: *s/ Lindsay Beyer Payne*
LINDSAY BEYER PAYNE
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy

Attorneys for Defendant

**ORDER**

Pursuant to the stipulation, IT IS SO ORDERED.

Dated: November 20, 2026

HON. ELAYNA J. YOUCHAH